CFN 2008R0974669
OR Bk 26673 Pgs 0422 - 423; (2pgs)
RECORDED 12/04/2008 14:10:03
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

Recording Requested By:
WASHINGTON MUTUAL BANK, FA

When Recorded Return To:

WASHINGTON MUTUAL BANK, FA
PO BOX 45179
JACKSONVILLE, FL 3223-5179

## RELEASE OF MORTGAGE

WASHINGTON MUTUAL - CLIENT 123 #:0773364963 "UMANSKY"   Miami-Dade, Florida PIF: 11/14/2008

KNOW ALL MEN BY THESE PRESENTS that JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL BANK, A FEDERAL ASSOCIATION whose address is 7255 BAYMEADOWS WAY, MAIL STOP G1035, JACKSONVILLE, FL  32256 holder of a certain Mortgage, whose parties, dates and recording information are below, does hereby acknowledge that it has received full payment and satisfaction of the same, and in consideration thereof, does hereby cancel and discharge said Mortgage.

Original Mortgagor:  PABLO J UMANSKY AND AMALIA ABUT , HUSBAND AND WIFE
Original Mortgagee:  WASHINGTON MUTUAL BANK, A FEDERAL ASSOCIATION
Dated: 07/13/2007 Recorded: 07/23/2007  in Book/Reel/Liber: 25799 Page/Folio: 0285 as Instrument No.: 2007R0725894
in the County of Miami-Dade State of Florida

Property Address:  3734 CHASE AVE, MIAMI BEACH, FL  33140-3420

IN WITNESS WHEREOF, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL BANK, A FEDERAL ASSOCIATION by the officers duly authorized, has duly executed the foregoing instrument.

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL BANK, A FEDERAL ASSOCIATION
On November 25th, 2008



By: _____
Carla D. Lang, Vice-President

STATE OF Florida
COUNTY OF Duval

The foregoing instrument was acknowledged before me this 25th day of November, 2008  by  Carla D. Lang  as Vice-President for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL BANK, A FED.

Personally Known ___X____ Or Produced Identification _____Type of Identification Produced.

WITNESS my hand and official seal,

Notary Expires:  /  /

> MIRIAM E. HAPNER
> Commission DD 836662
> Expires November 11, 2012
> Bonded Thru Troy Fain Insurance 800-385-7019

(This area for notarial seal)

Prepared By:  Suzana Mulahmetovic, WASHINGTON MUTUAL BANK, FA , P O BOX 45179, JACKSONVILLE, FL  32232-5179
1-888-800-8738

*S*M*S*MWAMT*11/25/2008 02:38:46 PM* WAMU06WAMT00000000000001384022* FLDADE* 0773364963 FLSTATE_MORT_REL *S*M*S*MWAMT*

6R-0613-20-Green. Ave

LEGAL DESCRIPTION

Lot 8 in Block 28, of NAUTILUS EXTENSION FIFTH, according to the Plat or Map thereof, as recorded in Plat Book 44 at Page 13, of the Public Records of Miami-Dade County, Florida.