**Amalia Abut**
3734 Chase Ave
Miami Beach, FL 33140

**Social Security:** █████████
**Birth Date:** ██████

November 7, 2012

**Equifax**
Po Box 740256
Atlanta, GA 30374

**Confirmation # 2297038717**

To Whom It May Concern:

There is some inaccurate information showing on my report. Please update the following account to show a 0 balance:

**Chase Account Number:** 100100000000077336....

Please update my report and send the new one to the above address.

Sincerely,

Amalia Abut



```
              TRANSMISSION VERIFICATION REPORT

                                           TIME  : 11/08/2012 04:04
                                           NAME  :
                                           FAX   :
                                           TEL   :
                                           SER.# : BROB9J907150


  DATE,TIME                        11/08  04:04
  FAX NO./NAME                     18888260573
  DURATION                         00:00:16
  PAGE(S)                          01
  RESULT                           OK
  MODE                             STANDARD
                                   ECM
```