*[Page content is rotated 90°. Readable fragments below, reading the rotated content:]*

90 - 119 Days Past Due; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Individual Account; ADDITIONAL INFORMATION - Transferred or Sold; Real Estate Mortgage; Conventional Mortgage;

**Morgan Chase Bank**  2500 223RD STREET SE CPC1206 BOTHELL WA 98021 : (888) 800-8738

| Account Number | Date Opened | Date of Last Paymt | High Credit | Actual Paymnt Amount | Credit Limit | Scheduled Paymnt Amount | Terms Duration | Terms Frequency | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Months Revd | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Creditor Classification | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0090077336* | 07/15/2007 | 12/2007 | $144,855 | | | $825 | Monthly | | 01/2008 | | | 11 | $149,208 | | | | | | |

Balance Amount $165,335
Amount Past Due $165,335

Charge Off, Type of Account - Line of Credit; Type of Loan - Home Equity; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charged Off Account; Home Equity Loan;

Inquiries that display to companies (may impact your credit score)
This section lists companies that requested your credit file. Credit grantors may view these requests when evaluating your credit worthiness. Employment inquiries do not impact your credit score. Company Information

| Inquiry Date(s) |
|---|

(Continued On Next Page)