UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
AMALIA ABUT,                                    :
                Plaintiff,             :
                                            :      **ORDER**
v.                                              :
                                            :      13 CV 533 (VB)
JP MORGAN CHASE, N.A.,                          :
                Defendant.             :
--------------------------------------------------------------x

       The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made by November 22, 2013.

Dated: October 22, 2013
       White Plains, NY

                                                  SO ORDERED:

                                                  _____
                                                  Vincent L. Briccetti
                                                  United States District Judge